In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00052-CR

                                                ______________________________

 

 

                                SCOVEL LOUISE RALSTON,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                            On Appeal from the County Court at Law

                                                              Hunt County, Texas

                                                        Trial Court
No. CR0901114

 

                                                                 
                                 

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            Scovel
Louise Ralston, appellant, has filed with this Court a motion to dismiss her
appeal.  The motion is signed by Ralston’s
counsel.  Attached to the motion are two
letters written by Ralston, one to Ralston’s trial counsel and one to the trial
court judge, requesting that the appeal be dismissed.  As authorized by Rule 42.2, we grant the
motion.  See Tex. R. App. P.
42.2.

            Accordingly,
we dismiss the appeal.

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          July
28, 2010

Date Decided:             July
29, 2010

 

Do Not Publish